**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF INDIANA**

| | | |
|---|---|---|
| TORM L. HOWSE, | ) | |
| | ) | |
| Plaintiff, | ) | |
| vs. | ) | 1:03-cv-1661-SEB-VSS |
| | ) | |
| ROGER McKINLEY, | ) | |
| BRUCE SAILER, | ) | |
| | ) | |
| Defendants. | ) | |

**Entry Concerning Selected Matters**

The court, having considered the above action and the matters which are pending, makes the following rulings:

1.      The motion to compel discovery filed by certain defendants on July 7, 2006, is **granted.**

2.      The plaintiff shall have **through August 15, 2006,** in which to fully respond to written discovery served on him prior to the issuance of this Entry.

3.      The plaintiff is notified that if he fails to comply with the directions in paragraph 2 of this Entry this action may be dismissed without further notice.

        **IT IS SO ORDERED.**


Date:  07/25/2006

_Sarah Evans Barker_
SARAH EVANS BARKER, JUDGE
United States District Court
Southern District of Indiana

Distribution:

Betsy M. Isenberg
INDIANA STATE ATTORNEY GENERAL
bisenberg@atg.state.in.us

Torm L. Howse
60 Lynn Court
Pittsboro, IN 461467