**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA**

| | | |
|---|---|---|
| TORM L. HOWSE, | ) | |
| | ) | |
| Plaintiff, | ) | |
| vs. | ) | 1:03-cv-1661-SEB-VSS |
| | ) | |
| ROGER McKINLEY, | ) | |
| BRUCE SAILER, | ) | |
| | ) | |
| Defendants. | ) | |

**E N T R Y**

    This cause is before the court on its own motion. The plaintiff has failed, without explanation, to demonstrate that he has proceeded as directed in paragraph 2 of the Entry issued on July 25, 2006. Consistent with the notification issued in paragraph 3 of that same Entry, therefore, this action is dismissed. In light of the age of the case and the abandonment of it, the dismissal shall be with prejudice.

    Judgment consistent with this Entry shall now issue.

    **IT IS SO ORDERED.**


Date: 08/22/2006

_Sarah Evans Barker_
SARAH EVANS BARKER, JUDGE
United States District Court
Southern District of Indiana