## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF INDIANA

| | | |
|---|---|---|
| TORM L. HOWSE, | ) | |
| | ) | |
| Plaintiff, | ) | |
| vs. | ) | 1:03-cv-1661-SEB-VSS |
| | ) | |
| ROGER McKINLEY, | ) | |
| BRUCE SAILER, | ) | |
| | ) | |
| Defendants. | ) | |

## J U D G M E N T

The court, having this day made its Entry,

**IT IS THEREFORE ADJUDGED** that this cause of action is **dismissed with prejudice.**

Date: 08/22/2006

SARAH EVANS BARKER, JUDGE
United States District Court
Southern District of Indiana

Distribution:

Betsy M. Isenberg
INDIANA STATE ATTORNEY GENERAL
bisenberg@atg.state.in.us

Torm L. Howse
60 Lynn Court
Pittsboro, IN 461467